Stone *vs.* Succession of Roberts.

## No. 5968.

### J. H. HARVEY AND WIFE vs. W. P. HARPER, SHFF.

The contention that an action against a sheriff for taking an insolvent surety on a forthcoming bond is barred after the lapse of twenty days (upon which no opinion is expressed) has no application if the suit is instituted within twenty days after the bond is returned to the clerk's office. Time begins to run, not from the date of the bond, but from the return of it to the court.

APPEAL from the Second District Court of New Orleans.    TISSOT, J.

*Lingan* for Plaintiff.    *Horner & Benedict* for Defendant Appellant.

DE BLANC, J., delivered the opinion affirming the judgment.

## No. 5948.

### HENRY L. STONE vs. SUCCESSION OF JOHN A. ROBERTS.

In a suit to recover several thousand dollars, balance due on a partnership formerly existing between the plaintiff and a deceased person, the sum claimed being that reported to be due by arbitrators selected by the parties during the life of the deceased partner, which report had been accepted by both; and the defence being that the deceased partner had been discharged from payment of or accountability for such sum, evidenced by an unsigned and undated paper; and the proof thereon being the testimony of two witnesses, one a legatee under the decedent's will and the other his daughter, that the original of this paper was in the possession of the deceased, and that it was signed by the plaintiff, to the best of their belief; and opposed thereto being the testimony of the plaintiff himself, who said the original paper was written by himself, and was a proposal to discharge his former partner from liability upon certain conditions, which had never been accepted or complied with, and the paper had never been signed by either; *held*, that the discharge is not established, and the plaintiff must recover.

APPEAL from the Second District Court of New Orleans.    TISSOT, J.

Plaintiff Appellant unrepresented.    *W. O. Denegre* and *J. S. Whitaker* for Defendant.

WHITE, J., delivered the opinion reversing the judgment.